**Order filed May 12, 2015**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00431-CV
### JASMINE RICKS, Appellant

### V.

### QUALITY CARRIERS, INC. & CRAIG L. SMITH, Appellee

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2011-17716**

## ORDER

On April 28, 2015, appellant filed a motion for an extension of time to file her reply brief. Appellant represented that the motion was unopposed. Appellees filed a response on April 30, 2015, which stated that, contrary to appellant's representation, appellees do oppose her motion. Therefore, we consider the motion opposed.

The motion is GRANTED. Appellant's reply brief is due on or before Thursday, June 4, 2015.

PER CURIAM